

# FILED

JUL 08 2024 JP

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Paris Martin

(full name of plaintiff or petitioner)

vs.

(full name of defendant(s) or respondent(s))

Wendall Phillips Academy School
Chicago Public Systems  ET AL

**APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(NON-PRISONER CASE)**

24cv5694
Judge Harjani
Magistrate Judge Finnegan
Randomly Assigned CAT 2

**Instructions:** Please answer every que...
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[✓] to request an attorney

1. *Are you employed?*

   [ ] Yes   Name and address of employer: _NO_

   Total amount of monthly take-home pay: _N/A_

   [ ] No   Date(s) of last employment: _N/A_   Last monthly take-home pay: _N/A_

2. *If married, is your spouse employed?* [ ] Not married

   [ ] Yes   Name and address of spouse's employer: _N/A_

   Total amount of spouse's monthly take-home pay: _N/A_

   [ ] No   Date(s) of spouse's last employment:   Spouse's last monthly take-home pay:

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   *(list the 12-month total for each)*

   | | |
   |---|---|
   | Self-employment, business, or profession: | $ |
   | Income from interest or dividends: | $ |
   | Income from rent payments: | $ |
   | Pensions, annuities, or life insurance: | $ N/A |
   | Disability or worker's compensation: | $ |
   | Gifts (including deposits into any accounts in your name): | $ |
   | Unemployment, public assistance, or welfare: | $ |
   | Settlements or judgments (include any that are expected): | $ |
   | **Any other source of money**: | $ |

Rev. 2/2020

4. _Cash and bank accounts_: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☑ No   If yes, how much? _____

5. _Other assets_: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☑ No

   If yes, list each item of property and state its approximate value:

   _____

   _____

   _____

6. _Dependents_: Is anyone dependent on you and/or your spouse for support? ☑ Yes ☐ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   My Children, Kendall Martin, Taylor Martin, and Parys Martin Jr.

7. _Debts and financial obligations_: List any amounts you owe to others:

   Norman West - 22k, Michael Edwards $7,500⁰⁰, Michael Carpenter $1800⁰⁰

8. _Provide any other information that will help explain why you cannot afford to pay court fees/hire an attorney_:

   I can't afford to pay due to the fact that I have not been able to fund raise, host camps or do training inside School for the 2 year's, I have been working for free!

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 7-5-24

_____
_Applicant's signature_

Parys Martin
_____
_Printed name_

Rev. 2/2020